IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MILLER, ) | |
| ) | |
|     Petitioner/Defendant, ) | |
| ) | CIVIL NO. 05-cv-4077-JPG |
| vs. ) | |
| ) | CRIMINAL NO. 03-cr-40058 |
| UNITED STATES of AMERICA, ) | |
| ) | |
|     Respondent/Plaintiff. ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

| | | |
|---|---|---|
| March 9, 2006 | By: | s/ J. Phil Gilbert |
| *Date* | | *District Judge* |